*E-Filed 10/6/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL BOULERICE, | No. C 10-3903 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| SANTA CRUZ SUPERIOR COURT, | |
| Respondent. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Petitioner was ordered to, within 30 days, (1) file a complete application to proceed *in forma pauperis* (IFP), or (2) pay the filing fee, or face dismissal of the action. That time having passed, petitioner has filed an incomplete IFP application, not having filed a certificate of funds signed by an authorized prison officer and a prison trust account statement showing transactions for the last six months. Accordingly, the action is DISMISSED without prejudice to petitioner (1) paying the filing fee of $5.00, or (2) filing a completed and signed certificate of funds and a prison trust account statement showing transactions for the last six months. Petitioner's motion to proceed IFP (Docket No. 2) is DENIED. The Clerk shall enter judgment in favor of respondents, and close the file. This order terminates Docket No. 2.

**IT IS SO ORDERED**.

DATED: October 6, 2010

RICHARD SEEBORG
United States District Judge

No. C 10-3903 RS (PR)
ORDER OF DISMISSAL